**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| ERIC KATZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | 1:20-cv-00554-TSE |
| | ) | |
| MERRICK GARLAND, ATTORNEY | ) | |
| GENERAL, U.S. DEPARTMENT | ) | |
| OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |

-

## <u>JUDGMENT</u>

Pursuant to the order of this Court entered on March 16, 2023, and in accordance with Federal Rule of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant, MERRICK GARLAND, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, the defendant and against the Plaintiff, ERIC KATZ.


<u>March 16, 2023</u>
Date

<u>FERNANDO GALINDO</u>
Clerk

<u>Tanya Randall</u>
(By) Deputy Clerk