IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ERIC KATZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20cv554 (TSE/JFA) |
| ) | |
| MERRICK GARLAND, ATTORNEY ) | |
| GENERAL, U.S. DEPARTMENT OF ) | |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**LOCAL CIVIL RULE 5(C) NOTICE OF FILING OF MOTION TO SEAL**

PLEASE TAKE NOTICE that Defendant filed a motion to seal Defendant's Objections to the Court's Proposed Redacted Memorandum Opinion, to restrict public access to this document. Pursuant to Local Civil Rule 5, Defendant hereby notifies Plaintiff and any interested non-parties that they may submit memoranda in support of or in opposition to the motion within seven (7) days after the filing of the motion to seal, and that they may designate all or part of such memoranda as confidential. If no objection is filed in a timely manner, the Court may treat the motion as uncontested.

Dated: September 28, 2023

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____/s/_____
ELIZABETH A. SPAVINS
MEGHAN E. LOFTUS
Assistant United States Attorneys
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building

2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3785/3757
Fax:   (703) 299-3983
Email: Lizzie.Spavins@usdoj.gov
Meghan.Loftus@usdoj.gov
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 28th day of September, 2023, I have electronically filed the foregoing using the CM/ECF system, and I hereby certify that I have mailed a copy of the foregoing to Petitioner, a non CM/ECF participant in this action, via the U.S. mail in a postpaid envelope addressed as follows:

Eric Katz
520 Lystra Preserve Drive
Chapel Hill, NC

                                                                          _____/s/_____
                                                                          Lizzie Spavins
                                                                          Assistant United States Attorney